# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

CORUS BANK, N.A., a national banking association,
Plaintiff,

v.

EDUARD de GUARDIOLA,
Defendant.

Case Number:

FILED: JUNE 12, 2008

08CV3409

JUDGE ANDERSEN

MAGISTRATE JUDGE MASON

EDA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, CORUS BANK, N.A.

| |
|---|
| NAME (Type or print)<br>Timothy J. Patenode |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Timothy J. Patenode |
| FIRM<br>KATTEN MUCHIN ROSENMAN LLP |
| STREET ADDRESS<br>525 West Monroe |
| CITY/STATE/ZIP<br>Chicago, Illinois  60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6181232 | TELEPHONE NUMBER<br>312-902-5200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |