FILED: JUNE 12, 2008
08CV3409
JUDGE ANDERSEN
MAGISTRATE JUDGE MASON
EDA

## UNITED STATES DISTRICT COURT
__NORTHERN__ DISTRICT OF __ILLINOIS__
__EASTERN__ DIVISION

| | |
|---|---|
| CORUS BANK, N.A., a national banking association,<br>Plaintiff,<br>v.<br>EDUARD de GUARDIOLA,<br>Defendant. | )<br>)<br>)  No.<br>)  Judge<br>)<br>)<br>) |

### RULE 7.1 DISCLOSURE STATEMENT
### NON-GOVERNMENTAL CORPORATE PARTIES

This Disclosure Statement is filed by plaintiff(s) : CORUS BANK, N.A.

i) Identify all its parent corporations, if any;
Corus Bankshares Inc.

and ii) List any publicly held company that owns 10% or more of the party's stock:
Corus Bankshares Inc.

Attorney's ECF signature: s/ Monica J. Mosby         Date: 06/12/08

Attorney's printed name: Monica J. Mosby

Address: 525 West Monroe Street
Chicago, IL 60661
Phone: (312) 902-5200         Fax number: (312) 902-1061