# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **CORUS BANK, N.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No. 08 C 3409 |
| v. | ) | |
| | ) | |
| **EDUARD de GUARDIOLA,** | ) | Hon. Wayne R. Andersen |
| | ) | |
| **Defendant.** | ) | Magistrate Judge Michael T. Mason |
| | ) | |

## UNOPPOSED MOTION TO EXTEND ANSWER DATE

Defendant, Eduard de Guardiola, moves under Fed. R. Civ. P. 6(b) to extend the answer date for plaintiff's complaint and states in support:

1.  The complaint in this case was filed on June 12, 2008. Defendant was served with the summons on June 20, 2008 and the answer date is July 10, 2008.

2.  The undersigned counsel was retained to represent defendant recently and requests an additional 30 days in order to answer or file any responsive pleading.

3.  Plaintiff has no objection to this motion.

**CONCLUSION**

  Defendant requests that the date to answer or file any other response to the complaint be extended to August 11, 2008.

                Respectfully submitted,

                EDUARD de GUARDIOLA,

E. King Poor
Donald R. Cassling          By:  /s/ E. King Poor
Steven V. Hunter           E. King Poor
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 715-5000

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **CORUS BANK, N.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No.  08 CV 3409 |
| v. | ) | |
| | ) | |
| **EDUARD de GUARDIOLA,** | ) | Hon. Wayne R. Andersen |
| | ) | |
| **Defendant.** | ) | Magistrate Judge Michael T. Mason |
| | ) | |

**CERTIFICATE OF SERVICE**

    I, E. King Poor, an attorney, certify that I have this day caused the attached **Unopposed Motion to Extend Answer Date** to be served on counsel for the parties listed below through the Court's CM/ECF system which constitutes service under LR 5.9.

    Timothy J. Patenode
     Timothy.patenode@kattenlaw.com
    Monica J. Mosby
     Monica.Mosby@kattenlaw.com
    Katten Muchin Rosenman LLP
    525 West Monroe Street
    Chicago, IL  60661

Dated:    July 10, 2008

                                                        /s/  E. King Poor
                                                            E. King Poor