IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORUS BANK, N.A., | ) |
| Plaintiff, | ) ) ) ) |
| | Case No. 08 CV 3409 |
| v. | ) ) |
| EDUARD de GUARDIOLA, | ) ) Hon. Wayne R. Andersen |
| Defendant. | ) ) Magistrate Judge Michael T. Mason ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **July 17, 2008 at 9:00 a.m.**, we shall appear before the Hon. Wayne R. Andersen in Courtroom 1403 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604, and present the attached **Unopposed Motion to Extend Answer Date**.

Respectfully submitted,

By: /s/ E. King Poor
E. King Poor

E. King Poor
Donald R. Cassling
Steven V. Hunter
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 606661
(312) 715-5000

Dated: July 10, 2008