# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-3409 |
|---|---|

Corus Bank, N.A., Plaintiff,

v.

Eduard de Guardiola, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Eduard de Guardiola, Defendant

| NAME (Type or print) |
|---|
| Donald R. Cassling |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Donald R. Cassling |

| FIRM |
|---|
| Quarles & Brady LLP |

| STREET ADDRESS |
|---|
| 500 W. Madison St., 37th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0412538 | (312) 715-5000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |