IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORUS BANK, N.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDUARD de GUARDIOLA, ) <br> ) <br> Defendant. ) | Case No. 08 C 3409 <br><br> Hon. Wayne R. Andersen <br><br> Magistrate Judge Michael T. Mason |

## UNOPPOSED MOTION TO EXTEND ANSWER DATE

Defendant, Eduard de Guardiola (de Guardiola), moves under Fed. R. Civ. P. 6(b) to extend the answer date for plaintiff's complaint and states in support:

1. The complaint in this case was filed on June 12, 2008. Defendant was served with the summons on June 20, 2008. De Guardiola filed an agreed motion to extend the answer date to August 11, 2008, which this court granted on July 17, 2008 (Docket No. 13).

2. De Guardiola requests an additional extension of time to respond to the complaint to August 22, 2008. Counsel for plaintiff has been consulted and does not oppose this request.

**Conclusion**

De Guardiola requests that the date to respond to the complaint be extended to August 22, 2008.

                                    Respectfully submitted,

                                    EDUARD de GUARDIOLA,

E. King Poor  
Donald R. Cassling                      By: /s/ Steven V. Hunter  
Steven V. Hunter                       One of His Attorneys  
QUARLES & BRADY LLP  
500 West Madison Street, Suite 3700  
Chicago, Illinois 60661  
(312) 715-5000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CORUS BANK, N.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No.  08 C 3409 |
| v. | ) | |
| | ) | |
| **EDUARD de GUARDIOLA,** | ) | Hon. Wayne R. Andersen |
| | ) | |
| **Defendant.** | ) | Magistrate Judge Michael T. Mason |
| | ) | |

## CERTIFICATE OF SERVICE

    I, Steven V. Hunter, an attorney, certify that I have this day caused the attached **Unopposed Motion to Extend Answer Date** to be served on counsel for the parties listed below through the court's CM/ECF system which constitutes service under LR 5.9.

        Monica J Mosby
         Monica.Mosby@kattenlaw.com
        Timothy J. Patenode
         timothy.patenode@kattenlaw.com
        Katten Muchin Rosenman LLP
        525 West Monroe Street
        Chicago, IL 60661
        312-902-5382
        *Counsel for Corus Bank, N.A.*

Dated:  August 11, 2008

                                              /s/  Steven V. Hunter
                                                  Steven V. Hunter

QBACTIVE\6438510.1