**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **CORUS BANK, N.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.  08 C 3409** |
| **v.** | ) | |
| | ) | |
| **EDUARD de GUARDIOLA,** | ) | **Hon. Wayne R. Andersen** |
| | ) | |
| **Defendant.** | ) | **Magistrate Judge Michael T. Mason** |
| | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **September 4, 2008 at 9:00 a.m.**, we shall appear before the Hon. Wayne R. Andersen in Courtroom 1403 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604, and present the attached **Unopposed Motion to Extend Answer Date.**

Respectfully submitted,

E. King Poor
Donald R. Cassling                          /s/ Steven V. Hunter
Steven V. Hunter                            _____
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 715-5000

QBACTIVE\6438482.1