**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Corus Bank, N.A.
                              Plaintiff,

v.                                           Case No.: 1:08–cv–03409
                                             Honorable Wayne R. Andersen

Eduard De Guardiola
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 11, 2008:

   MINUTE entry before the Honorable Wayne R. Andersen:Defendant's motion for extension of time to answer [14] or otherwise plead to plaintiff's complaint is granted to 8/22/2008. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.