# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **CORUS BANK, N.A.,** | ) |
| **Plaintiff,** | ) |
| | ) Case No. 08 C 3409 |
| v. | ) |
| **EDUARD de GUARDIOLA,** | ) Hon. Wayne R. Andersen |
| **Defendant.** | ) Magistrate Judge Michael T. Mason |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **September 4, 2008 at 9:00 a.m.**, we shall appear before the Hon. Wayne R. Andersen in Courtroom 1403 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604, and present the attached **Motion to Abstain Under the *Colorado River* Doctrine.**

Respectfully submitted,

E. King Poor
Donald R. Cassling           /s/ Steven V. Hunter
Steven V. Hunter
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 715-5000

QBACTIVE\6458098.1