**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number:    08 C 3409

Corus Bank, N.A. v. Eduard de Guardiola

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Corus Bank, N.A.

| |
|---|
| NAME (Type or print) <br> Jennifer C. Ryan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jennifer C. Ryan |
| FIRM <br> Katten Muchin Rosenman LLP |
| STREET ADDRESS <br> 525 West Monroe Street |
| CITY/STATE/ZIP <br> Chicago, Illinois 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6275825 | TELEPHONE NUMBER <br> (312) 902-5200 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL            APPOINTED COUNSEL |