UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Corus Bank, N.A.
                       Plaintiff,

v.                                           Case No.: 1:08–cv–03409
                                                     Honorable Wayne R. Andersen

Eduard De Guardiola
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

     MINUTE entry before the Honorable Wayne R. Andersen:Defendant's motion to abstain is entered and briefed as follows [17]: Responses due by 10/3/2008, Replies due by 10/24/2008. Ruling will be made by mail.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.